WILLIAM C. OSBORN et al., Respondents, *v.* FIORELLO H.
LAGUARDIA, as Mayor of the City of New York et al.,
Constituting the Board of Estimate and Apportionment
of The City of New York et al., Appellants.

(Argued February 28, 1934; decided March 13, 1934.)

*Paul Windels, Corporation Counsel (Samuel Seabury, C. Dickerman Williams* and *William G. Mulligan, Jr.,* of counsel), for appellants.

*Harold Riegelman, H. H. Nordlinger* and *Jacob M. Dinkes* for respondents.

Order affirmed, with costs. First, second, fourth, fifth and sixth questions certified answered in the affirmative; seventh and eighth questions certified answered in the negative; and third question certified not answered. No opinion. (See 264 N. Y. 620.)

Concur: CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Dissenting: POUND, Ch. J. Not sitting: KELLOGG, J.